IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CYRILLE KOUAMBO BECKODRO, | ) |
| Plaintiff-Appellant, | ) ) ) |
| vs. | ) Case No.: CV 624-021 ) |
| SOUTHEAST TIRE & SERVICES, | ) Appeal No.: 24-14092 ) ) |
| Defendant-Appellee. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___31st___ day of January 2025.

_____
HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA