UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

CYRILLE KOUAMBO BECKODRO )
)
vs )
SOUTHEAST TIRE & SERVICES )
)
)

CASE NUMBER  6:24-cv-00021

**O R D E R**

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This ___12th___ day of ___January___, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA